UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELBY GAIL HEIFETZ , <br><br> Plaintiff(s) <br><br> v. <br><br> CHICKEN PIE SHOP LLC et al. , <br><br> Defendant(s) | Case No. C 18-06763-JCS <br><br> NOTICE OF NEED FOR MEDIATION (ADA ACCESS CASES) |

Plaintiff reports that the joint site inspection occurred on 6/3/2019. Although 42 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Date: 7/24/2019

Signed: /s/ Irene Karbelashvili

Attorney for Plaintiff

*Important!* E-file this form in ECF using ADR event name: "Notice of Need for Mediation."

*Form ADR-ADA-Access rev. 11-2016*