HANSON BRIDGETT LLP
KURT A. FRANKLIN, SBN 172715
kfranklin@hansonbridgett.com
CELIA L. GUZMAN, SBN 325616
cguzman@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
SUZANNE MARTINOVICH

ALLACCESS LAW GROUP
IRENE KARBELASHVILI, SBN 232223
irene@allaccesslawgroup.com
IRAKLI KARBELASHVILI, SBN 302971
irakli@allaccesslawgroup.com
1400 Coleman Avenue, Suite F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for Plaintiff
SHELBY GAIL HEIFETZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SHELBY GAIL HEIFETZ,<br><br>  Plaintiff,<br><br>  v.<br><br>CHICKEN PIE SHOP LLC, a California limited liability company d/b/a/ Chicken Pie Shop Walnut Creek; SUZANNE MARTINOVICH, an individual; and DOES 1-20, inclusive,<br><br>  Defendants. | Case No. 3:18-cv-06763-JCS<br><br>**FOURTH STIPULATION TO EXTEND THE TIME FOR DEFENDANT SUZANNE MARTINOVICH TO ANSWER THE FIRST AMENDED COMPLAINT** |

Case No. 3:18-cv-06763-JCS
FOURTH STIPULATION TO EXTEND THE TIME FOR
DEFENDANT SUZANNE MARTINOVICH TO ANSWER THE FIRST AMENDED COMPLAINT

15848199.1

Plaintiff Shelby Gail Heifetz ("Plaintiff") and Defendant Suzanne Martinovich ("Defendant") jointly stipulate to extend the time for Defendant to answer the First Amended Complaint to October 16, 2019. The parties have engaged in settlement discussions, have an agreement in principle on material terms, have exchanged a settlement agreement, and seek this extension in order to resolve this matter in full, as they believe this extension will help resolve their differences. This is the fourth extension in this matter. Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline fixed by Court order.

DATED: September 13, 2019                HANSON BRIDGETT LLP

By: _____/s/ Kurt A. Franklin_____
KURT A. FRANKLIN
CELIA L. GUZMAN
Attorneys for Defendant
SUZANNE MARTINOVICH

DATED: September 13, 2019                ALLACCESS LAW GROUP

By: _____/s/ Irakli Karbelashvili_____
IRENE KARBELASHVILI
IRAKLI KARBELASHVILI
Attorneys for Plaintiff
SHELBY GAIL HEIFETZ

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: September 13, 2019                HANSON BRIDGETT LLP

By: _____/s/ Kurt A. Franklin_____
KURT A. FRANKLIN
CELIA L. GUZMAN
Attorneys for Defendant
SUZANNE MARTINOVICH

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED — 09/16/2019 — Judge Joseph C. Spero]

-1-  Case No. 3:18-cv-06763-JCS
FOURTH STIPULATION TO EXTEND THE TIME FOR
DEFENDANT SUZANNE MARTINOVICH TO ANSWER THE FIRST AMENDED COMPLAINT

15848199.1